**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**PAUL FREDERICK CASTO,**

      **Petitioner,**

v.                                   **Civil Action No. 1:07cv135
Criminal Action No. 1:06cr41(1)
(Judge Keeley)**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the respondent's Motion for an Extension of Time to File its Response (dckt. 3/43) is **GRANTED**. The respondent shall file a response to the petitioner's § 2255 motion on or before **December 3, 2007**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: October 18, 2007.

                                                  /s *John S. Kaull*
                                                  JOHN S. KAULL
                                                  UNITED STATES MAGISTRATE JUDGE